# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

133174 & (71)(72)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ANTHONY DiVERGILIO, JR. and
VICTORIA A. VALENTINE,
      Plaintiffs/Counter-Defendants/
      Appellants,

v

CHARTER TOWNSHIP OF WEST
BLOOMFIELD,
      Defendant/Counter-Plaintiff/
      Appellee,

and

WEST BLOOMFIELD WETLANDS REVIEW
BOARD and WEST BLOOMFIELD BOARD
OF TRUSTEES.
      Defendants-Appellees.

SC: 133174
COA: 261766
Oakland CC: 2000-026598-CZ

_____/

      On order of the Court, the motions for leave to file amicus curiae briefs are GRANTED. The application for leave to appeal the November 2, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

_____
Clerk

p1119